# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of | |
| | |
| **A silver 2009 Honda Fit four-door sedan with VIN JHMGE884X9S027034** | Case No.   22-4176mb |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before _____June 15, 2022_____.

*(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

any U.S. Magistrate Judge on duty in AZ   .
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.06.01 17:44:02 -07'00'
*Judge's signature*

City and State:   Flagstaff, Arizona_____

Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 22-4176mb | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:

Executing officer's signature

Printed name and title

## <u>ATTACHMENT A – PROPERTY TO BE SEARCHED</u>

**DESCRIPTION OF VEHICLE:** A silver 2009 Honda Fit four-door sedan with VIN JHMGE884X9S027034.

The vehicle is currently located at FBI Flagstaff.

**PHOTO ATTACHED:** Yes





## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.      Any traces of blood, hair, skin, or other biological material which may be used for identification of the occupants.

2.      Latent fingerprints (to include palms) or other contact marks which may be used for identification of the occupants.

3.      Any material fibers found in or on the vehicle, which may be needed to include or exclude materials found on and with the occupants.

4.      Any identifiable damaged components and/or vehicle parts, to include paint chips, glass, dents, deformations, and voids which may link the vehicle to the crash scene, to other vehicles, to its occupants, or to its occupants' positions.

5.      Any personal effects, to include vehicle registrations, proof of insurance, bills of sale, receipts, personal property, other personal paperwork, or other indicia of ownership, dominion, or control of the vehicle.

6.      Any controlled substances, prescriptions, medications, alcoholic beverages, and/or their containers and associated paraphernalia.

7.      Indicia of ownership, occupancy, and/or use of the vehicle, including such things as: mail (e.g., bills) that may be addressed to the occupant(s), driver's licenses and identification cards, vehicle title, registration, and personal property such as clothing that may identify the owners and/or occupants of the vehicle.

8.      Any data and/or equipment related to data storage from the airbag control module and/or power control module, to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. This includes the potential for the need to dismantle or remove parts of the vehicle for obtaining this data or collecting the module should the vehicle/module placement preclude imaging the module in place.

9.      Photographs and/or video of the vehicle and the things seized.

# UNITED STATES DISTRICT COURT

for the
District of Arizona

In the Matter of the Search of:

**A silver 2009 Honda Fit four-door
sedan with VIN JHMGE884X9S027034**

)
)
)
)

Case No. 22-4176mb

## ELECTRONIC APPLICATION FOR SEARCH AND SEIZURE WARRANT

I, F.B.I. Special Agent Brandon King, a federal law enforcement officer for the government, request an electronic search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

**As further described in Attachment A.**

located in the District of Arizona, there is now concealed *(identify the person or describe the property to be seized)*:

**As set forth in Attachment B.**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

[X] evidence of a crime;

[ ] contraband, fruits of crime, or other items illegally possessed;

[X] property designed for use, intended for use, or used in committing a crime;

[ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1153 and 1112 | Manslaughter |

The application is based upon the following facts:

[X] Continued on the attached sheet (see attached **Affidavit**).

[ ] Delayed notice _____ days (give exact ending date if more than 30 _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA Ryan Powell  *Ryan Powell*

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/1/2022

_____
*Brandon King*
*Applicant's Signature*

Brandon King, F.B.I. Special Agent
*Printed Name and Title*

**Sworn by Telephone**

Date/Time: _____

Date: _____

Camille D. Bibles

Digitally signed by Camille D. Bibles
Date: 2022.06.01 17:43:37 -07'00'

*Judge's Signature*

City and State: Flagstaff, AZ

Camille D. Bibles,
United States Magistrate Judge
*Printed Name and Title*

## ATTACHMENT A – PROPERTY TO BE SEARCHED

**DESCRIPTION OF VEHICLE:** A silver 2009 Honda Fit four-door sedan with VIN JHMGE884X9S027034.

The vehicle is currently located at FBI Flagstaff.

**PHOTO ATTACHED:** Yes





## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1.      Any traces of blood, hair, skin, or other biological material which may be used for identification of the occupants.

2.      Latent fingerprints (to include palms) or other contact marks which may be used for identification of the occupants.

3.      Any material fibers found in or on the vehicle, which may be needed to include or exclude materials found on and with the occupants.

4.      Any identifiable damaged components and/or vehicle parts, to include paint chips, glass, dents, deformations, and voids which may link the vehicle to the crash scene, to other vehicles, to its occupants, or to its occupants' positions.

5.      Any personal effects, to include vehicle registrations, proof of insurance, bills of sale, receipts, personal property, other personal paperwork, or other indicia of ownership, dominion, or control of the vehicle.

6.      Any controlled substances, prescriptions, medications, alcoholic beverages, and/or their containers and associated paraphernalia.

7.      Indicia of ownership, occupancy, and/or use of the vehicle, including such things as: mail (e.g., bills) that may be addressed to the occupant(s), driver's licenses and identification cards, vehicle title, registration, and personal property such as clothing that may identify the owners and/or occupants of the vehicle.

8.      Any data and/or equipment related to data storage from the airbag control module and/or power control module, to be imaged (downloaded) either directly from the module or after the removal of the module from the vehicle. This includes the potential for the need to dismantle or remove parts of the vehicle for obtaining this data or collecting the module should the vehicle/module placement preclude imaging the module in place.

9.      Photographs and/or video of the vehicle and the things seized.

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, FBI Special Agent Brandon King, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since 2019. I previously served as a sworn law enforcement officer for approximately four years with the Akron Police Department, in Akron, Ohio.      I am a graduate of the FBI Training Academy in Quantico, Virginia, where I received training in narcotics investigations, white collar crime, cyber-crime, interviewing, interrogation, evidence collection, intelligence analysis, and legal matters, among other topics.  I am currently assigned to the Flagstaff Resident Agency of the Phoenix Division. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7), that is, I am an officer of the United States who is authorized by law to conduct investigations of, and make arrests for, offenses enumerated in Title 18.  In the course of my official duties, I am charged with the investigation of crimes occurring on the Navajo Nation Indian Reservation and Hopi Indian Reservation within the District of Arizona.  Based on my training, education, and experience, I know that the Navajo and Hopi Tribes are federally recognized.

2.      The information contained in this affidavit comes from my personal observations, my training and experience, and information obtained from other agents, officers, and witnesses.  This affidavit is intended to show merely that there is sufficient

1

probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## INTRODUCTION

3.     As more fully described below, this matter involves the investigation of a vehicular manslaughter that took place in the early morning hours of May 14, 2022, in the Tuba City District on the Navajo Nation Indian Reservation, located within the District of Arizona.   A single-car crash killed two juvenile victims, R.H. and Ka.H., who were passengers in the car.   Another minor passenger, O.U., had serious bodily injuries.   The adult passenger, K.H., the driver's sister, sustained serious bodily injuries.   The driver, Lavah Tewawina (Lavah), also sustained injuries.   Lavah is a member of the Hopi Indian Tribe.

4.     This affidavit supports the application for a search warrant authorizing the search of the vehicle involved in the crash, a silver four-door sedan. There is probable cause to believe that evidence of involuntary manslaughter, in violation of Title 18, United States Code, §§ 1153 and 1112, will be located in the vehicle.   Additionally, there is probable cause to believe that evidence of child abuse, in violation of A.R.S. § 13-3623, will be located in the vehicle.     The vehicle is particularly described in **Attachment A**, and the evidence being sought is particularly described in **Attachment B.**

## PROBABLE CAUSE

5.     In the early morning of May 14, 2022, police dispatcher Richella Tracey received a call from a male person reporting a vehicle accident near Moencopi, Arizona. The call was transferred to the Hopi Police.   At 0407, the Hopi Police Department requested

the assistance of Tuba City Police Department. At 0428, a Hopi Police Officer arrived on scene and informed Tuba City Police that the vehicle accident was at mile post 333, located on the Navajo Nation.  At 0433, Navajo Medical Emergency unit #47 arrived on scene containing two EMTs.  The EMTs confirmed there were two deceased children on scene and transported another child with significant head injuries, deemed to be in critical condition, to the hospital.

6.      Officer Lomahoynaya of the Hopi Law Enforcement Service was the first police officer to arrive on scene.  Officer Lomahoynaya approached a man named B.P., a motorist who was in the area at the time of the crash.  B.P. was holding a seriously injured child in his arms.  B.P. said there were two other children and two adult females involved in the crash.  The two adult females, Lavah and K.H., went inside B.P.'s vehicle shortly after he arrived at the scene.  Officer Lomahoynaya made contact with K.H., who said her sister Lavah had been driving.  The officer smelled a strong odor of alcohol emitting from K.H.'s breath.

7.      Officer Lomeyestewa was the second officer to arrive on scene.  Officer Lomeyestewa made contact with Lavah, who was sitting in the rear of B.P.'s vehicle. Lavah told the officer, "I was in the front driving the whole time." Lavah emitted an odor of an alcoholic beverage from her person and spoke with very slurred speech.

8.      Navajo Nation Officer Simeona spoke with Lavah while on scene. According to the officer, Lavah had the strong odor of alcohol on her breath and had slurred speech.  When asked by the officer what happened, Lavah said she was driving and attempting to pass a vehicle.

3

9.      An Arizona Department of Public Safety (DPS) Officer arrived at the scene and assisted with the investigation.

10.     There were no child safety seats in the vehicle.

11.     As part of the investigation, the FBI interviewed B.P. He said that he was on his way home from Tuba City when he saw headlights coming towards him; the lights were on top of a hill and soon disappeared. B.P. observed a flash and slowed his vehicle. B.P. observed a bunch of dust and then saw a vehicle on its side. B.P. turned his emergency lights on. B.P. heard ladies screaming and a little boy yelling. B.P. called a friend and asked him to notify an ambulance and police. B.P. searched the area utilizing the light of his phone. B.P. saw a boy in the gully. The boy said he was hurt and cold. The boy had blood on his face and only wore a diaper. B.P. got his jacket from his car to wrap the child. Two women exited the crashed vehicle and eventually went to B.P.'s car without B.P. instructing them to do so. B.P. returned to the injured boy and waited for approximately 40-50 minutes until the police arrived. B.P. overheard one of the women telling the police that a silver SUV came too close and caused her to wreck. B.P. did not recall seeing any vehicles in front of him or oncoming from Tuba City to the scene of the crash.

12.     As part of the investigation, the FBI interviewed K.H. K.H. provided her telephone number as (928) 401-8076. K.H. initially said she was the driver. K.H. later clarified that Lavah had been the driver. K.H. stated the tire pressure light came on and they pulled over. K.H. stated she had two beers and half a pint. K.H. said she wanted an attorney and ended the interview.

4

13.    As part of the investigation, the FBI interviewed Lavah.  Lavah said her telephone was in the car and that her telephone number was (928) 401-8707.  Lavah said her sister K.H.'s phone number is (928) 401-8076.  Lavah confirmed she was a member of the Hopi Tribe.  Lavah stated she would no longer answer questions without an attorney present.

14.    A law enforcement database established that the service provider for the phone numbers provided by Lavah and K.H. is Cellular One of Northeastern Arizona.

15.    Lavah was transported to the hospital.  Medical records show that approximately an hour-and-a-half after the crash, her blood alcohol concentration was .243.

### Alcohol Recovered from the Scene

16.    Officers observed a small bottle of vodka and a beer can at the crash scene. The beer can still had liquid inside.

### Photographs of Alcohol from Scene



*Image 1 – This photograph taken by a Department of Public Safety Officer shows the condition of the vehicle after the crash.  A red circle was inserted as an overlay to the photograph in order to demonstrate the proximity of the object from Image 2 to the crash.*

5



*Image 2* – This photograph taken by a Department of Public Safety Officer shows a Smirnoff – Raspberry 50ml bottle.  As seen in Image 1.



*Image 3* – This photograph taken by a Department of Public Safety Officer shows a Modello beer can located next to a service receipt from Discount Tire in Flagstaff, Arizona, linked to Lavah Tewawina.   A red circle was inserted as an overlay to demonstrate the proximity of the object to a known object belonging to Lavah Tewawina.



*Image 4* – This photograph taken by a Department of Public Safety Officer shows the Modello beer can from image 3 being poured out; demonstrating that there was alcohol still present inside of the can.

**Cellular Phones Recovered from Scene**

17.    Two cellular phones were recovered from the scene:

    a.  A black Apple iPhone with a black cover; and

    b.  An Android Phone with a lime green Otterbox cover.

18.    A DPS Officer recovered the black Apple iPhone among the debris. The officer activated the power button and observed a message stating that a named contact (with initials O.D.) sent an iMessage at 3:49 a.m., which was around the estimated time of the crash. The first name of the contact who sent the message is the first name of the surviving child in the crash.

19.    The Android Phone was located below the vehicle when the vehicle was brought to an upright position.

**Photographs of Cellular Phone Recovered from Scene**



*Image 5 – This photograph taken by a Department of Public Safety Officer shows debris from the motor vehicle accident. The red circle drawn on the photograph depicts the location of the Apple iPhone.*



*Image 6* – *A close-up photograph of the Apple iPhone circled in red from Image 5.*



*Image 7* – *As stated in paragraph 18 of this affidavit, a text message was sent at 3:49 AM from a contact with initials O.D.*



*Image 8 – An Android phone was discovered once the vehicle was moved to an upright position. The phone's location is identified by the red circle.*

## THINGS TO BE SEARCHED FOR AND SEIZED

20.     Based on the foregoing, your Affiant seeks permission to search the silver four-door sedan described in **Attachment A** for evidence pertaining to vehicular manslaughter and child abuse.

21.     An examination of the vehicle is necessary to determine the collision sequence, pre- and post- collision positioning, pre- and post- collision speeds, braking/acceleration patterns (if any), to aid with collision reconstruction, to determine ownership/maintenance/occupancy, occupant placement, to collect insurance/registration information, and to determine if anything was distracting the driver from the safe operation of the vehicle.

22.     Based on your Affiant's training and experience, biological evidence may be transferred and/or deposited during and after a vehicular crash. This evidence may include blood, hair, skin, and other biological material. This evidence may help to identify the driver of the vehicle. For example, biological evidence may be transferred onto the airbag during a crash. While sometimes biological evidence is clearly visible, it often

9

requires observation and analysis by forensic technicians in a laboratory setting to detect, analyze, and/or compare this evidence.

23.     An examination of the vehicle will be conducted by Arizona DPS.

## CONCLUSION

24.     Based on the information in this affidavit, your Affiant respectfully submits there is probable cause to search the vehicle described in **Attachment A** for the things described in **Attachment B**.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_Brandon King_

Brandon King
Special Agent, FBI

June 1, 2022

Date

Sworn by Telephone

Date/Time: _____

Camille D. Bibles
Digitally signed by Camille D. Bibles
Date: 2022.06.01 17:43:01 -07'00'

Honorable Camille D. Bibles
United States Magistrate Judge

10